```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04377-RNO
Virginia Maria Sabo                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: karendavi            Page 1 of 1            Date Rcvd: Feb 28, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
          +Discover Bank,   CT Corporation System,    116 Pine Street Suite 320,
            Harrisburg, PA 17101-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor Virginia Maria Sabo Mooneybkecf@gmail.com,
           wade@swparkerlaw.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 1-16-bk-04377-RNO |
|     VIRGINIA MARIE SABO, | : | CHAPTER 7 |
|         Debtor | : | |
| | : | |
| VIRGINIA SABO, | : | |
|         Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| DISCOVER BANK, | : | |
|         Respondent | : | |

## ORDER

Upon consideration of the Motion to Avoid Judicial Lien of Discover Bank filed herein by the Debtor, the Court grants Debtor's motion and orders the lien obtained by Discover Bank on or about, March 17, 2011, against the Debtor's real property located at 8 Meadow Lane, Hanover PA 17331, having been entered of record in Discover Bank v. Virginia M. Sabo, 2010-SU-6130, in the York County Court of Common Pleas in the amount of $16,921.81 plus court costs and attorneys' fees, is hereby avoided, canceled, and ordered removed from Debtor's real property located at 8 Meadow Lane, Hanover, PA 17331.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: February 28, 2017