```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04377-RNO
Virginia Maria Sabo                                                 Chapter 7
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: karendavi          Page 1 of 1           Date Rcvd: Feb 28, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
          +Citibank NA,    CT Corporation System,    116 Pine Street Suite 320,    Harrisburg, PA 17101-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor Virginia Maria Sabo Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
|     VIRGINIA MARIA SABO, | : | CASE NO: 1-16-bk-04377-RNO |
|         Debtor | : | |
| | : | |
| VIRGINIA SABO, | : | |
|         Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| CITIBANK, NA, | : | |
|         Respondent | : | |

**ORDER**

Upon consideration of the Motion to Avoid Judicial Lien of Citibank, NA filed herein by the Debtor, the Court grants Debtor's motion and orders the lien obtained by Citibank, NA on or about, January 27, 2012, against the Debtor's real property located at 8 Meadow Lane, Hanover PA 17331, having been entered of record in Citibank, NA v. Virginia M. Sabo, 2011-SU-4485, in the York County Court of Common Pleas in the amount of $27,050.18 plus court costs and attorneys' fees, is hereby avoided, canceled, and ordered removed from Debtor's real property located at 8 Meadow Lane, Hanover, PA 17331.

Dated: February 28, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Case 1:16-bk-04377-RNO    Doc 20    Filed 03/02/17    Entered 03/03/17 00:50:42    Desc
Imaged Certificate of Notice    Page 2 of 2